ACCEPTED
04-15-00008-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/9/2015 2:34:47 PM
KEITH HOTTLE
CLERK

# Hornberger Fuller & Garza
## INCORPORATED

MARK A. RANDOLPH
randolph@hfgtx.com

October 9, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/9/2015 2:34:47 PM
KEITH E. HOTTLE
Clerk

Mr. Keith E. Hottle
Clerk of the 4th COA
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:   VACATION LETTER; COA #04-15-00008-CV; Trial Court Case #13-192; *Bakke Development Corp. v. Eddie L. Albin and Kim A. Albin*

Dear Mr. Hottle:

Please be advised that the undersigned will be unavailable from October 13, 2015 through November 1, 2015. It is requested that no hearings, trials or depositions be scheduled for the above-referenced case during that time. By copy of this letter, I am advising all counsel herein of this notice.

Thank you for your assistance in this regard.

Sincerely,

Mark A. Randolph

MAR/arz

cc:   Mr. Matthew Vandenberg          Via Electronic Service

{00105140.1}

7373 Broadway, Suite 300 · San Antonio, Texas 78209
(210) 271-1700 · Fax (210) 271-1740